# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | NUMBER |  |
|---|---|---|---|---|---|
| 6IC | 896596 | 218720 |  | 0075081428 | 1 |

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY  10546

Period Beginning:  12/01/2024
Period Ending:    12/07/2024
Pay Date:         12/12/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 600.00 |
| Overtime | 22.5000 | 5.27 | 118.58 | 118.58 |
| **Gross Pay** | | | **$718.58** | 718.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.55 | 44.55 |
| | Medicare Tax | -10.42 | 10.42 |
| | GA State Income Tax | -13.85 | 13.85 |
| | **Net Pay** | | **$649.76** |
| | **Net Check** | | **$649.76** |

Deposits
Account No.        xxxxxx3948
Transit/ABA        xxxx xxxx
Pending

**Important Notes**
CO PHONE 914-984-2500

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:                Married
Exemptions/Allowances:
  GA:                10

Your federal taxable wages this period are $718.58

© 2000 ADP, Inc.

---

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY 10546
914-984-2500

6IC                                    90-477/1222
**Payroll check number:**  0075081428
Pay date:                  12/12/2024

Pay to the order of:  GREGORY LEE TRASK

This amount:  SIX HUNDRED FORTY NINE AND 76/100 DOLLARS                $649.76

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

# Earnings Statement 

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD,NY  10546

| | |
|---|---|
| Period Beginning: | 12/08/2024 |
| Period Ending: | 12/14/2024 |
| Pay Date: | 12/19/2024 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 1,200.00 |
| Overtime | 22.5000 | 12.43 | 279.68 | 398.26 |
| **Gross Pay** | | | **$879.68** | 1,598.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -54.54 | 99.09 |
| | Medicare Tax | -12.75 | 23.17 |
| | GA State Income Tax | -22.54 | 36.39 |
| | **Net Pay** | **$789.85** | |
| | Checkg | -789.85 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $879.68

**Important Notes**
CO PHONE  914-984-2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:          Married
Exemptions/Allowances:
  GA:          10

© 2000 ADP, Inc.

---

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY 10546
914-984-2500

| | | |
|---|---|---|
| **Advice number:** | 00000518766 | |
| Pay date: | 12/19/2024 | |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GREGORY LEE TRASK** | xxxxxx3948 | xxxx xxxx | $789.85 |

**NON-NEGOTIABLE**

# Earnings Statement



| | |
|---|---|
| MAVIS TIRE SUPPLY LLC | Period Beginning: 12/15/2024 |
| 358 SAW MILL RIVER RD | Period Ending: 12/21/2024 |
| MILLWOOD, NY 10546 | Pay Date: 12/26/2024 |

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**GREGORY LEE TRASK**
**4555 YELLOW CREEK RD**
**BALL GROUND GA 30107**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 1,800.00 |
| Overtime | 22.5000 | 12.13 | 272.93 | 671.19 |
| **Gross Pay** | | | **$872.93** | 2,471.19 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -54.12 | 153.21 |
| Medicare Tax | -12.66 | 35.83 |
| GA State Income Tax | -22.17 | 58.56 |
| **Net Pay** | **$783.98** | |
| Checkg | -783.98 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $872.93

### Important Notes

CO PHONE 914-984-2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

### Additional Tax Withholding Information

Taxable Marital Status:
 GA:  Married
Exemptions/Allowances:
 GA:  10

© 2000 ADP, Inc.

---

| | |
|---|---|
| MAVIS TIRE SUPPLY LLC | Advice number: 00000528803 |
| 358 SAW MILL RIVER RD | Pay date: 12/26/2024 |
| MILLWOOD, NY 10546 | |
| 914-984-2500 | |



**Deposited to the account of**      account number   transit ABA        amount
**GREGORY LEE TRASK**           xxxxxx3948       xxxx xxxx          $783.98

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY  10546

Period Beginning:   12/22/2024
Period Ending:      12/28/2024
Pay Date:           01/02/2025

CO ID: 6IC    896596    218720    Clock 6    VCHR 0000018780

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 35.38 | 530.70 | 530.70 |
| **Gross Pay** | | | **$530.70** | 530.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -32.90 | 32.90 |
| | Medicare Tax | -7.70 | 7.70 |
| | GA State Income Tax | -3.73 | 3.73 |
| | **Net Pay** | **$486.37** | |
| | Checkg | -486.37 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $530.70

### Important Notes
CO PHONE 914-984-2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

### Additional Tax Withholding Information
Taxable Marital Status:
  GA:                Married
Exemptions/Allowances:
  GA:                10

© 2000 ADP, Inc.

---

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY 10546
914-984-2500

**Advice number:**   00000018780
**Pay date:**        01/02/2025

**Deposited to the account of** | **account number** | **transit ABA** | **amount**
GREGORY LEE TRASK | xxxxxx3948 | xxxx xxxx | $486.37



**NON-NEGOTIABLE**

# Earnings Statement



MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY 10546

Period Beginning: 12/29/2024
Period Ending: 01/04/2025
Pay Date: 01/09/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 1,130.70 |
| Overtime | 22.5000 | 10.55 | 237.38 | 237.38 |
| OT Commission | | | 13.09 | 13.09 |
| Retail Bonus | | | 125.45 | 125.45 |
| **Gross Pay** | | | **$975.92** | 1,506.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -60.51 | 93.41 |
| | Medicare Tax | -14.15 | 21.85 |
| | GA State Income Tax | -27.73 | 31.46 |
| **Net Pay** | | **$873.53** | |
| Checkg | | -873.53 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
CO PHONE 914-984-2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Married
Exemptions/Allowances:
  GA:    10

Your federal taxable wages this period are $975.92

© 2000 ADP, Inc.

---

MAVIS TIRE SUPPLY LLC
358 SAW MILL RIVER RD
MILLWOOD, NY 10546
914-984-2500

**Advice number:** 00000028902
**Pay date:** 01/09/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GREGORY LEE TRASK | xxxxxx3948 | xxxx xxxx | $873.53 |

**NON-NEGOTIABLE**

# Earnings Statement 

*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

Period Beginning: 01/05/2025
Period Ending: 01/11/2025
Pay Date: 01/16/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GREGORY LEE TRASK**
**4555 YELLOW CREEK RD**
**BALL GROUND GA 30107**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Retro | | | 189.78 | 311.18 |
| Regular | | | | 1,800.00 |
| Overtime | | | | 634.28 |
| OT Commission | | | | 13.09 |
| Retail Bonus | | | | 125.45 |
| **Gross Pay** | | | **$189.78** | 2,884.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -11.77 | 178.81 |
| | Medicare Tax | -2.75 | 41.82 |
| | GA State Income Tax | | 53.82 |
| **Net Pay** | | **$175.26** | |
| | Checkg | -175.26 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH#:+1 914 984 2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:         Married
Exemptions/Allowances:
  GA:         10

Your federal taxable wages this period are $189.78

© 2000 ADP, Inc.

---

*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

**Advice number:** 00000038974
**Pay date:** 01/16/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GREGORY LEE TRASK** | xxxxxx3948 | xxxx xxxx | $175.26 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

Period Beginning: 01/05/2025
Period Ending: 01/11/2025
Pay Date: 01/16/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GREGORY LEE TRASK**
**4555 YELLOW CREEK RD**
**BALL GROUND GA 30107**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Retro | | | 33.56 | 121.40 |
| Regular | | | | 1,800.00 |
| Overtime | | | | 634.28 |
| OT Commission | | | | 13.09 |
| Retail Bonus | | | | 125.45 |
| **Gross Pay** | | | **$33.56** | 2,694.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -2.08 | 167.04 |
| | Medicare Tax | -0.49 | 39.07 |
| | GA State Income Tax | | 53.82 |
| | **Net Pay** | **$30.99** | |
| | Checkg | -30.99 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:+1 914 984 2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Married
Exemptions/Allowances:
  GA: 10

Your federal taxable wages this period are $33.56

© 2000 ADP, Inc.

---

*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

**Advice number:** 00000038973
**Pay date:** 01/16/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **GREGORY LEE TRASK** | xxxxxx3948 | xxxx xxxx | $30.99 |

**NON-NEGOTIABLE**

# Earnings Statement



*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

Period Beginning: 01/05/2025
Period Ending: 01/11/2025
Pay Date: 01/16/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Retro | | | 74.07 | 87.84 |
| Regular | | | | 1,800.00 |
| Overtime | | | | 634.28 |
| OT Commission | | | | 13.09 |
| Retail Bonus | | | | 125.45 |
| **Gross Pay** | | | **$74.07** | 2,660.66 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -4.59 | 164.96 |
| | Medicare Tax | -1.07 | 38.58 |
| | GA State Income Tax | | 53.82 |
| **Net Pay** | | **$68.41** | |
| | Checkg | -68.41 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH#:+1 914 984 2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA:                Married
Exemptions/Allowances:
 GA:                10

Your federal taxable wages this period are $74.07

© 2000 ADP, Inc.

---

100 HILLSIDE AVENUE
WHITE PLAINS, NY 10603

**Advice number:** 00000038972
**Pay date:** 01/16/2025



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **GREGORY LEE TRASK** | xxxxxx3948 | xxxx xxxx | $68.41 |

**NON-NEGOTIABLE**

# Earnings Statement 

| | |
|---|---|
| 100 HILLSIDE AVENUE | Period Beginning: 01/05/2025 |
| WHITE PLAINS, NY 10603 | Period Ending: 01/11/2025 |
| | Pay Date: 01/16/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

GREGORY LEE TRASK
4555 YELLOW CREEK RD
BALL GROUND GA 30107

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 4.62 | 69.30 | 1,800.00 |
| Overtime | 22.5000 | 5.36 | 120.60 | 634.28 |
| Retro | | | 13.77 | 13.77 |
| OT Commission | | | | 13.09 |
| Retail Bonus | | | | 125.45 |
| **Gross Pay** | | | **$203.67** | 2,586.59 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -12.63 | 160.37 |
| | Medicare Tax | -2.96 | 37.51 |
| | GA State Income Tax | | 53.82 |
| **Net Pay** | | | **$188.08** |
| | Checkg | -188.08 | |
| **Net Check** | | | **$0.00** |

**Important Notes**
COMPANY PH#:+1 914 984 2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA: Married
Exemptions/Allowances:
 GA: 10

Your federal taxable wages this period are $203.67

© 2000 ADP, Inc.

---

| 100 HILLSIDE AVENUE | **Advice number:** 00000038971 |
|---|---|
| WHITE PLAINS, NY 10603 | Pay date: 01/16/2025 |



| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| GREGORY LEE TRASK | xxxxxx3948 | xxxx xxxx | $188.08 |



**NON-NEGOTIABLE**

# Earnings Statement 

*100 HILLSIDE AVENUE*
*WHITE PLAINS, NY 10603*

Period Beginning:   01/05/2025
Period Ending:      01/11/2025
Pay Date:           01/16/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

**GREGORY LEE TRASK**
**4555 YELLOW CREEK RD**
**BALL GROUND GA 30107**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 1,730.70 |
| Overtime | 22.5000 | 12.28 | 276.30 | 513.68 |
| OT Commission | | | | 13.09 |
| Retail Bonus | | | | 125.45 |
| **Gross Pay** | | | **$876.30** | 2,382.92 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -54.33 | 147.74 |
| | Medicare Tax | -12.70 | 34.55 |
| | GA State Income Tax | -22.36 | 53.82 |
| | **Net Pay** | **$786.91** | |
| | Checkg | -786.91 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:+1 914 984 2500

BASIS OF PAY: HOURLY

PLEASE REVIEW YOUR PERSONAL AND TAX INFORMATION:
LOG INTO ADP TO MAKE ANY CHANGES

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:                Married
Exemptions/Allowances:
  GA:                10

Your federal taxable wages this period are $876.30

© 2000 ADP, Inc.

---

100 HILLSIDE AVENUE
WHITE PLAINS, NY 10603

**Advice number:**   00000038970
Pay date:            01/16/2025



**Deposited to the account of**      account number      transit ABA      amount
**GREGORY LEE TRASK**                 xxxxxx3948          xxxx xxxx        $786.91

**NON-NEGOTIABLE**