UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

***In Re:***

Chapter 13
Case No. 25-51165-JWC

GREGORY LEE TRASK, **Debtor,**

ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC, **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 BELT LINE RD STE. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for  ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC with any summons and

complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned

firm will not accept service of process in any adversary case for ROCKET MORTGAGE, LLC

F/K/A QUICKEN LOANS, LLC.

      BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that

the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.


      BARRETT DAFFIN FRAPPIER
      TURNER & ENGEL, LLP


      BY: /s/ JEFFREY FLEMING_____ 02/10/2025
      JEFFREY FLEMING
      GA NO. 586073
      4004 Belt Line Rd Ste. 100
      ADDISON, TX 75001
      Telephone: (972) 341-5322
      Facsimile: (972) 661-7725
      E-mail:  GA.ND.ECF@BDFGROUP.COM
      ATTORNEY FOR CREDITOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2025, a true and correct copy of the Notice of

Appearance and Request for Duplicate Notice was served via electronic means as listed on the

Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ JEFFREY FLEMING_____ 02/10/2025
       JEFFREY FLEMING
       GA NO. 586073
       4004 Belt Line Rd Ste. 100
       ADDISON, TX 75001
       Telephone: (972) 341-5322
       Facsimile: (972) 661-7725
       E-mail:  GA.ND.ECF@BDFGROUP.COM
       ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
GREGORY LEE TRASK
4555 YELLOW CREEK ROAD
BALL GROUND, GA 30107

**DEBTOR'S ATTORNEY:**
JEFFREY M. HELLER
291 JARVIS STREET
CANTON, GA  30114

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVENUE
SUITE 120, TRUIST PLAZA GARDEN OFFICES
ATLANTA, GA  30303