# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>GREGORY LEE TRASK<br><br>Debtor(s) | Case No. A25-51165-JWC |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/04/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/15/2025.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,700.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,410.00 |
| Less amount refunded to debtor | $1,468.24 |

**NET RECEIPTS:**                                                                   **$2,941.76**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $341.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                      **$841.76**

Attorney fees paid and disclosed by debtor:      $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM, INC. | Unsecured | NA | 711.05 | 711.05 | 0.00 | 0.00 |
| ALLY BANK | Secured | 50,246.00 | 51,168.22 | 51,168.22 | 1,500.00 | 0.00 |
| BCS RENTALS, LLC | Unsecured | 2,000.00 | 83.38 | 83.38 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 9,345.52 | 9,345.52 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 5,899.29 | 5,899.29 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,001.00 | 23,555.20 | 27,091.20 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 500.00 | 947.07 | 947.07 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 3,151.00 | 3,269.91 | 3,269.91 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Secured | 14,218.00 | 9,000.00 | 14,618.65 | 600.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,200.00 | 4,235.71 | 4,235.71 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,500.00 | 3,701.79 | 3,701.79 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 21,656.38 | 21,656.38 | 0.00 | 0.00 |
| ROCKET MORTGAGE, LLC F/K/A QUI( | Secured | 0.00 | 20,701.36 | 20,701.36 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $20,701.36 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $65,786.87 | $2,100.00 | $0.00 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$86,488.23** | **$2,100.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $27,091.20 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$27,091.20** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,850.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $841.76 |
| Disbursements to Creditors | $2,100.00 |
| **TOTAL DISBURSEMENTS:** | **$2,941.76** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/01/2025          By: /s/ Nancy Whaley
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# CERTIFICATE OF SERVICE

Case No. A25-51165-JWC

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
GREGORY LEE TRASK
4555 YELLOW CREEK ROAD
BALL GROUND, GA  30107

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
J.M. HELLER, ATTORNEY AT LAW, P.C.

This the 1st day of August, 2025.

/s/_____
    Nancy Whaley
    Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue
    Truist Garden Offices, Suite 120
    Atlanta, GA  30303
    678-992-1201

**UST Form 101-13-FR-S (09/01/2009)**